IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARGOT AUSTIN, individually and on behalf of similarly situated individuals** § § § § | | |
| **Plaintiffs** § § | | |
| v. § | **CIVIL ACTION NO. 4:20-CV-03363** | |
| § § | | |
| **THE CREEK GROUP COMPANY D/B/A CACTUS COVE BAR & PATIO, and ONION CREEK COFFEEHOUSE BAR & LOUNGE, AND GARY MOSLEY** § § § § § § | | |
| **Defendants** § § § | | |

## NOTICE OF SETTLEMENT

Plaintiff, Margot Austin, Individually and On Behalf of All Others Similarly Situated and Defendants The Creek Group Company d/b/a Cactus Cove Bar & Patio, and Onion Creek Coffeehouse Bar & Lounge, and Gary Mosley, file this Notice of Settlement to inform the Court that they have reached an agreement resolving the issues in dispute in this matter. The parties anticipate they will file dismissal papers within thirty (30) days. Therefore, the parties respectfully request that the Court suspend all of the deadlines and settings in this case.

Respectfully submitted,

**TRAN LAW FIRM**

　/s/ Trang Q. Tran
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on September 27, 2023, to all counsel of record via the Court's CM/ECF system.

　/s/ *Trang Q. Tran*
Trang Q. Tran